In the Matter of AKYRA A.-N., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BRANDY P., Appellant. [919 NYS2d 447]—

Present—Scudder, P.J., Centra, Sconiers, Gorski and Martoche, JJ.